**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 18-17339 |
| Kathleen Zofkie; | CHAPTER 13 |
| Debtor(s). | JUDGE Donald R. Cassling |

### OBJECTION TO CONFIRMATION OF PLAN FILED JUNE 26, 2018

Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Indenture Trustee for Mortgage Lenders Network Home Equity Loan Trust, Series 1999-1, hereinafter referred to as "Creditor", by and through its attorneys, ANSELMO LINDBERG & ASSOCIATES LLC, objects to the confirmation of the Chapter 13 plan for the following reasons:

1.  This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2.  Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3.  This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).

4.  The debtor filed a petition for relief under Chapter 13 on June 19, 2018.

5.  Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Indenture Trustee for Mortgage Lenders Network Home Equity Loan Trust, Series 1999-1 holds a mortgage secured by a lien on debtor's real estate commonly known as 10421 South Troy Avenue, Chicago, Illinois 60655.

6.  The creditor filed a claim for pre-petition arrears in the amount of $15,382.25. (See Claim # 4-1 filed 7/20/2018).

7.  The Chapter 13 plan provides that the Debtor will pay Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Indenture Trustee for

Mortgage Lenders Network Home Equity Loan Trust, Series 1999-1 arrears of $10,980.56.

8. The Chapter 13 plan provides that the debtor will make post-petition payments in the amount of $436.05 directly to the Creditor. However, the correct post-petition payment amount is $443.05.

9. The Chapter 13 plan does not provide that the Creditor will be paid its secured claim of $15,382.25. Therefore, the plan does not comply with 11 U.S.C. § 1325(a)(5)(B).

WHEREFORE, Creditor prays for an entry of the attached Order Denying Confirmation of the Chapter 13 plan.

Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Indenture Trustee for Mortgage Lenders Network Home Equity Loan Trust, Series 1999-1

/s/ Crystal V. Sava

Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
Firm File Number: B18070152
This law firm is deemed to be a debt collector.