# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

B18070152

| | |
|---|---|
| IN RE: | ] CASE NO. 18-17339 |
| | ] CHAPTER 13 |
| Kathleen Zofkie; | ] JUDGE Donald R Cassling |
| | ] |
| Debtor(s). | ] |

### AGREED ORDER CONDITIONING THE AUTOMATIC STAY & CO-DEBTOR STAY

On the motion of Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Indenture Trustee for Mortgage Lenders Network Home Equity Loan Trust, Series 1999-1, secured creditor herein, for the entry of an order modifying the automatic stay to permit it to foreclose its mortgage on said real estate:

IT IS HEREBY ORDERED that the automatic stay in this case, as it applies to the interest of Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Indenture Trustee for Mortgage Lenders Network Home Equity Loan Trust, Series 1999-1, its successors and/or assignees in the real property, commonly known as 10421 South Troy Avenue, Chicago, Illinois 60655, shall continue in effect under the following conditions:

1. The debtor(s) shall make timely post-petition mortgage payments as per the terms of the security agreements, commencing with the December 1, 2018 payment.

2. If debtor(s) fall(s) two (2) months in default on any payment, as referred to in paragraph 1, the automatic stay and co-debtor stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default. In the event Debtor becomes delinquent after two (2) notices of default, then upon the third default the automatic stay and co-debtor stay shall terminate as to the Movant without further recourse to this Court and Movant shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the property commonly known as 10421 South Troy Avenue, Chicago, Illinois 60655. Movant shall file a Notice of Termination of Debtor and Co-Debtor Stay with the Court in the event the stay is

terminated pursuant to this paragraph. Termination of Debtor and Co-Debtor Stay with the Court in the event the stay is terminated pursuant to this paragraph.

DATED: 28 NOV 2018

ENTER:

_____ AMC
Bankruptcy Judge

/s/ Crystal V. Sava
Attorney for Creditor

/s/ Joshua M. Martin
Attorney for Debtor(s)

ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
B18070152
Bankruptcy@AnselmoLindberg.com
**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**